## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

### GREENVILLE DIVISION

|  |  |
|---|---|
| **MICHAEL KYLES, et al.** ) | Civil Action |
| ) | No. 4:22-cv-66-DMB-JMV |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **HARRIS RUSSELL FARMS, INC., et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### JOINT MOTION FOR VOLUNTARY DISMISSAL

Plaintiffs MICHAEL KYLES, GERRY GAMBLE, JEROME PARSON, TYRONE

PARSON AND WALTER WILLIAMS ("Plaintiffs") and Defendants HARRIS RUSSELL

FARMS, INC. and MARIETTA RUSSELL ("Defendants") having reached a voluntary

settlement agreement regarding all of Plaintiffs' claims against the Defendants, hereby jointly

move pursuant to Rule 41(a)(2) that all claims against the Defendants be voluntarily dismissed

with prejudice, with each party bearing their own fees, costs, and expenses.

Respectfully submitted,

**/s/ Robert McDuff**
Robert McDuff, MS Bar No. 2532
MISSISSIPPI CENTER FOR JUSTICE
210 E. Capitol Street, Suite 1800
Jackson, MS 39201
Telephone: (601) 259-8484
Facsimile: (601) 352-4769
rbm@mcdufflaw.com

Ty Pinkins, MS Bar No. 106398
MISSISSIPPI CENTER FOR JUSTICE
120 Court Ave. Indianola, MS38751

Telephone: (662) 577-4529
Facsimile: (662) 887-6571
tpinkins@mscenterforjustice.org

Gregory S. Schell, FL Bar No. 287199
Admitted Pro Hac Vice
Melia Amal Bouhabib, TN Bar No. 035588
Admitted Pro Hac Vice
SOUTHERN MIGRANT LEGAL SERVICES
A Project of Texas RioGrande Legal Aid, Inc.
311 Plus Park Boulevard, Suite 135
Nashville, Tennessee 37217
Telephone: (615) 538-0725
Facsimile: (615) 366-3349
gschell@trla.org
abouhabib@trla.org

COUNSEL FOR PLAINTIFFS

and

**/s/ P. Scott Phillips**
P. SCOTT PHILLIPS, MSB #4168
ROBERT N. WARRINGTON, MSB# 6972
CAMPBELL DELONG, LLP
923 Washington Avenue
Post Office Box 1856
Greenville, MS 38702
Telephone: (662) 335-6011
Fax: (662) 335-6015
phillips@campbelldelongllp.com
rwarrington@campbelldelongllp.com

COUNSEL FOR DEFENDANTS