IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MICHAEL KYLES, GERRY**                                                         **PLAINTIFFS**
**GAMBLE, JEROME PARSON,**
**TYRONE PARSON, and**
**WALTER WILLIAMS**

**V.**                                                                      **NO. 4:22-CV-66-DMB-JMV**

**HARRIS RUSSELL FARMS, INC.;**
**and MARIETTA C. RUSSELL**                                            **DEFENDANTS**

## ORDER

On December 5, 2022, the parties filed a joint motion to dismiss with prejudice all the plaintiffs' claims against the defendants, "with each party bearing their own fees, costs, and expenses." Doc. #31. As cause, the parties represent that they "reached a voluntary settlement agreement regarding all of Plaintiffs' claims against the Defendants." *Id.* at 1.

Based on the parties' representation of a settlement of all the plaintiffs' claims, the joint motion to dismiss [31] is **GRANTED**; and the plaintiffs' claims against the defendants are **DISMISSED with prejudice** with each party to bear its own fees, costs, and expenses.

**SO ORDERED**, this 6th day of December, 2022.

                                                                    /s/Debra M. Brown
                                                                    **UNITED STATES DISTRICT JUDGE**