IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MICHAEL KYLES, GERRY GAMBLE, JEROME PARSON, TYRONE PARSON, and WALTER WILLIAMS**                                                                 **PLAINTIFFS**

V.                                                                                                                         NO. 4:22-CV-66-DMB-JMV

**HARRIS RUSSELL FARMS, INC.; and MARIETTA C. RUSSELL**                                                                                                   **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order issued this day, this case is dismissed with prejudice, with each party to bear its own fees, costs, and expenses.

**SO ORDERED**, this 6th day of December, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**